IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FRANTZ,** | ) | CIVIL ACTION NO. **23-284** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WESTMORELAND COUNTY PRISON, BRIAN L. KLINE, WEXFORD HEALTH SOURCES, INC., JOHN DOE DEFENDANTS 1-10, and JOHN DOE DEFENDANTS 11-20,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 9th day of July, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the motion to dismiss (ECF No. 29) filed by defendant Wexford Health Sources, Inc. ("Wexford") is granted. The magistrate judge's report and recommendation (ECF No. 38) is adopted as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE