IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FRANTZ**, | ) | CIVIL ACTION NO. **23-284** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **WESTMORELAND COUNTY PRISON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 14th day of May, 2025, in accordance with the memorandum opinion, it is hereby ORDERED that the motion to dismiss (ECF No. 64) filed by defendants Joshua Borelli, Jeffrey Long, Steven Pelesky and Brad Tomasello is granted. The excessive force claims against those defendants are dismissed with prejudice. The court adopts the R&R (ECF No. 70) as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1