IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FRANTZ**, | ) | CIVIL ACTION NO. **23-284** |
| Plaintiff, | ) | |
| v. | ) | |
| **WESTMORELAND COUNTY PRISON, BRIAN L. KLINE, WEXFORD HEALTH SOURCES, INC., JOHN DOE DEFENDANTS 1-10, and JOHN DOE DEFENDANTS 11-20,** | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 27th day of February, 2026, in accordance with the memorandum opinion, it is hereby ORDERED that the motions to dismiss (ECF Nos. 85 and 88) filed by defendants are be denied without prejudice, and the motion to substitute (ECF No. 90) is denied. Attorney Baird shall be removed from the docket. The court adopts the R&R (ECF No. 96) in part as the opinion of the court, as supplemented in the opinion, and will not adopt the R&R in part for the reasons set forth in the opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE